UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SALDIVAR : | |
| Relator/Plaintiff, : | |
| v. : | Civil Action No. 1:10-cv-01614-AT |
| FRESENIUS MEDICAL CARE : HOLDINGS, INC. | |
| : | |
| Defendant. | |

...oOo...

### CERTIFICATE OF SERVICE

This is to certify, pursuant to Local Rule 5.4(A), that Relator/Plaintiff's Notices of Deposition of John Markus, Todd Kerr, Ron Castle, and David Kembel were sent to counsel of record on September 12, 2012.

Dated: September 12, 2012

Respectfully submitted,

By: _____
Jamie M. Bennett
Nathan M. Peak
4301 Garden City Drive, Suite 301
Landover, MD 20785
Telephone: (301) 459-8400
Fax: (301) 459-1364
jbennett@ashcraftlaw.com
npeak@ashcraftlaw.com
*Attorneys for Relator/Plaintiff Saldivar*

LAW OFFICES
ASHCRAFT & GEREL

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737

SUITE 101
METRO 400 BUILDING
LANDOVER, MD 20785

301-459-8400

SUITE 805
1 EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Pursuant to Local Rule 7.1(D), the undersigned hereby certifies that this pleading has been prepared with a Times New Roman 14 point font, as approved by the Court in Local Rule 5.1(C).

This 12th day of September, 2012.

_____
Jamie M. Bennett

LAW OFFICES
ASHCRAFT & GEREL

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737

SUITE 101
METRO 400 BUILDING
LANDOVER, MD 20785

301-459-8400

SUITE 805
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all counsel of record:

James F. Bennett
Megan S. Heinsz
Dowd Bennett LLP
7733 Forsyth Street
Suite 1410
St. Louis, MO 63105
Telephone: (314) 889-7300
jbennett@dowdbennett.com
mheinsz@dowdbennett.com

J. Matthew Maguire, Jr.
Parks, Chesin & Walbert, P.C.
75 Fourteenth Street, 26th Floor
Atlanta, GA  30309
Telephone:  (404) 873-8000
mmaguire@pcwlawfirm.com

*/s/ Jamie M. Bennett*
Jamie M. Bennett

LAW OFFICES
ASHCRAFT & GEREL

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737

SUITE 101
METRO 400 BUILDING
LANDOVER, MD 20785

301-459-8400

SUITE 805
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122